IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.: 5:21-cv-174-KDB-DSC

AMY RHINEHARDT CRAVEN, as Administratrix of the Estate of CHRISTOPHER KIMMONS CRAVEN,

Plaintiff,

v.

CHRISTOPHER NOVELLI, individually and in his official capacity as Officer of the Mooresville Police Department, ALEXANDER ARNDT, individually and in his official capacity as Officer of the Mooresville Police Department, and the TOWN OF MOORESVILLE,

Defendants.

**INDEX FOR BRIEF IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

INDEX

Excerpts from the November 28, 2022 deposition of Alexander Arndt ............................ Exhibit A

Excerpts from the November 29, 2022 deposition of Christopher Novelli ....................... Exhibit B

[1]Novelli body cam video (CONFIDENTIAL) ................................................................ Exhibit C

Expert Report of Howard Jordan ..................................................................................... Exhibit D

Exhibit 3 from the November 28, 2022 Deposition of Alexander Arndt ........................... Exhibit E

Exhibit 2 from the November 28, 2022 Deposition of Alexander Arndt ........................... Exhibit F

---

[1] The Novelli body cam video is to be filed under seal.