FILED: May 28, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1393
(5:21-cv-00174-KDB-SCR)

_____

AMY RHINEHART CRAVEN, as Administratrix of the Estate of Christopher Kimmons Craven

       Plaintiff - Appellant

v.

CHRISTOPHER NOVELLI, individually and official capacity as Officer of Mooresville Police Department; ALEXANDER ARNDT, individually and official capacity as Officer of Mooresville Police Department; TOWN OF MOORESVILLE

       Defendants - Appellees

_____

M A N D A T E

_____

The judgment of this court, entered May 3, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*